JUDGE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| CORNERSTONE HEALTHCARE SERVICES, LLC dba CALDERA CARE, a Washington limited liability company, and RIVERSIDE NURSING-CENTRALIA, LLC dba RIVERSIDE NURSING & REHABILITATION CENTER, a Washington limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>GRAPH INSURANCE COMPANY, A RISK RETENTION GROUP, LLC, a Vermont insurance company,<br><br>Defendant. | NO. 3:22-cv-05521<br><br>ORDER FOR DISMISSAL WITH PREJUDICE |

Plaintiffs Cornerstone Healthcare Services, LLC dba Caldera Care, a Washington limited liability company, and Riverside Nursing-Centralia, LLC dba Riverside Nursing & Rehabilitation Center, a Washington limited liability company, having moved pursuant to Federal Rule of Civil Procedure 41(a) to voluntarily dismiss the above captioned action, with prejudice, against Defendant Graph Insurance Company, A Risk Retention Group, LLC, a Vermont insurance company, including all claims asserted or that could have been asserted herein;

{DFS2717792.DOCX;1/12793.000001/ }
[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE - 1
3:22-cv-05521

OGDEN MURPHY WALLACE, P.L.L.C.
901 5th Ave, Suite 3500
Seattle, WA 98164
Tel: 206-447-7000/Fax: 206-447-0215

1     IT IS HEREBY ORDERED that all claims by Plaintiffs against Defendant in this action shall
2 now be dismissed with prejudice and that this action shall now be dismissed, with prejudice and
3 without costs.

    DATED this 14th day of November, 2022.

                                    David G. Estudillo
                                    United States District Judge

{DFS2717792.DOCX;1/12793.000001/ }
[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE - 2
3:22-cv-05521

OGDEN MURPHY WALLACE, P.L.L.C.
901 5th Ave, Suite 3500
Seattle, WA 98164
Tel: 206-447-7000/Fax: 206-447-0215